

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00024-CV

City of Weslaco
v.
Raquel Trejo and Roberto Trejo

On appeal from the
County Court at Law No. 1 of Hidalgo County, Texas
Trial Cause No. CL-10-4248-A

JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and the cause remanded to the trial court. The Court orders the judgment of the trial court REVERSED and the cause REMANDED to the trial court for further proceedings consistent with its opinion. Costs of the appeal are adjudged against appellees.

We further order this decision certified below for observance.

June 21, 2018